

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TEACHERS FEDERAL CREDIT UNION, | § | No. 08-18-00200-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 384th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SALVADOR ESQUIVEL, | | |
| | § | (TC# 2018-DCV-2083) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **April 19, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before April 19, 2019.

IT IS SO ORDERED this 11th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.
(Palafox, J., not participating)